**Thomas C. Sand**, Oregon State Bar No. 77332
tom.sand@millernash.com
**Jerry B. Hodson**, Oregon State Bar No. 87256
jerry.hodson@millernash.com
**Teresa H. Pearson**, Oregon State Bar No. 95375
teresa.pearson@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Debtor and Plaintiff

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON
'04 SEP 15 P3:38
LODGED____ REC'D EB
PAID 50 DOCKETED____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

In re

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,**

Debtor.

CV No. 304-37154-elp11

Chapter 11

---

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,**

Plaintiff,

v.

**OREGON INSURANCE GUARANTY ASSOCIATION,** an unincorporated association,

Defendant.

Adversary Proceeding Case No. 04-3375-elp

**COMPLAINT**

(Declaratory Judgment, Breach of Contract)

**JURY DEMAND REQUESTED**

Plaintiff, Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon (the "Archdiocese"), alleges as follows:

## INTRODUCTION

1. Nature of Action. Some of the insurance companies and underwriters that sold the Archdiocese insurance during the time period from July 1, 1970, to July 1, 1978, are insolvent. Each known insolvent insurer is listed, along with its applicable insurance policy numbers and policy periods (collectively referred to as the Insurance Policies), on Exhibit 1 to this Complaint, which is incorporated herein by reference. The Archdiocese brings this action against the Oregon Insurance Guaranty Association ("OIGA"), which has assumed the contractual obligations of the insolvent insurers for their respective Insurance Policies.

2. Underlying Claims. The Archdiocese has in the past and continues to defend itself in numerous civil actions alleging sexual misconduct by Archdiocesan personnel during the period in which the Archdiocese was insured under the Insurance Policies provided by the insolvent insurers. These civil actions are listed on Exhibit 2 to this Complaint, which is incorporated herein by reference. In addition to the actions listed on Exhibit 2, the Archdiocese has also defended itself in other claims and threatened claims alleging sexual misconduct. The Archdiocese also expects that additional claims alleging sexual misconduct will be asserted. These past, present, and future claims alleging sexual misconduct by Archdiocesan personnel are hereinafter referred to as the "Underlying Claims."

3. Claims for Relief. The Archdiocese has and will incur significant costs and damages because OIGA contests its obligations or has failed to fully indemnify the Archdiocese in the Underlying Claims. Accordingly, the Archdiocese asserts the following claims for relief.



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

4. First Claim-Declaratory Judgment. The Archdiocese seeks a declaratory judgment as to OIGA's past, present and future obligations to the Archdiocese under the Insurance Policies with respect to Underlying Claims. The Archdiocese also seeks a declaration that the terms of the Insurance Policies obligate OIGA to indemnify and/or reimburse the Archdiocese for all sums the Archdiocese is legally obligated to pay as a result of Underlying Claims.

5. Second Claim-Breach of Contract. The Archdiocese seeks damages from OIGA for breach of its contractual obligations under the Insurance Policies to indemnify or reimburse the Archdiocese for all sums the Archdiocese has been legally obligated to pay as a result of Underlying Claims.

6. Damages and Relief. Together with damages and declaratory relief outlined above, the Archdiocese seeks recovery of prejudgment interest and its attorney fees and costs incurred herein.

## PARTIES

7. Plaintiff. The Archdiocese is an Oregon corporation sole with its principal place of business in Portland, Oregon. The Archdiocese is the named insured in each of the Insurance Policies it purchased for valuable consideration from the insolvent insurers identified in Exhibit 1.

8. OIGA. OIGA is a statutorily-created entity created by the Oregon legislature to assume the contractual obligations of insolvent insurers. The Archdiocese has identified all known insolvent insurers and their respective Insurance Policies sold to the Archdiocese in Exhibit 1. The Archdiocese reserves the right to amend Exhibit 1 and this Complaint when (and if) the Archdiocese identifies additional insolvent insurers which provided the Archdiocese with insurance coverage for Underlying Claims.



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

## JURISDICTION AND VENUE

9. Subject Matter Jurisdiction. This is a non-core proceeding over which this court has jurisdiction pursuant to 28 USC §§ 157(c) and 1334(b), and United States District Court Local Rule 2100.1. In the event that OIGA files a proof of claim in this bankruptcy case, the Archdiocese reserves the right to assert that this court also has jurisdiction over this civil action pursuant to 28 USC §§ 157(b)(2)(C), 1334(a), and 1452 as a core proceeding.

10. Venue. Venue is proper in this district under 28 USC § 1391(a) because a substantial part of the events or omissions giving rise to the claims alleged in this action occurred in Oregon. Venue is proper pursuant to 28 USC § 1409.

## INSURANCE POLICIES

11. Mission. From at least July 25, 1970, through July 25, 1973, Mission Insurance Company provided excess coverage to the Archdiocese under policy number M70658. See Exhibit 1. Under the terms of that policy, Mission contractually agreed to indemnify the Archdiocese for all sums the Archdiocese becomes obligated to pay as damages on account of personal injuries sustained by third parties. Mission agreed to pay up to $5,000,000 for each occurrence. Because Mission is insolvent, OIGA has assumed its contractual obligations to the Archdiocese.

12. Midland. From at least July 1, 1972, through July 1, 1978, Midland Insurance Company provided excess coverage to the Archdiocese under policy numbers UL2600 and UL388232. See Exhibit 1. Under the terms of those policies, Midland contractually agreed to indemnify the Archdiocese for all sums the Archdiocese becomes obligated to pay as damages on account of personal injuries sustained by third parties. Midland agreed to pay up to $5,000,000 for each occurrence during each policy period. Because Midland is insolvent, OIGA has assumed its contractual obligations to the Archdiocese.



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

## GENERAL ALLEGATIONS RELATED TO INSURANCE POLICIES

13. Premiums. The Archdiocese has paid all premiums due for Insurance Policies identified in Exhibit 1, and has complied with and satisfied all applicable terms contained in the respective Insurance Policies. All other pertinent conditions and requirements imposed upon the Archdiocese under the respective Insurance Policies have been satisfied and/or have been waived or excused.

14. Notice. The Archdiocese has provided OIGA, the insolvent insurers, their predecessors or successors-in-interest, or their agents with timely notice of the Underlying Claims, and has otherwise complied with all applicable conditions of the Insurance Policies.

15. Allegations in Underlying Claims. The allegations contained in Underlying Claims allege unexpected and unintended injuries by third parties during the policy periods for the Insurance Policies.

16. Damage During Policy Periods. The damages incurred by the Archdiocese as a result of Underlying Claims are damages that the Archdiocese has been legally obligated to pay because of injuries allegedly sustained by third parties during the policy periods of the Insurance Policies and, thus, are covered under the Insurance Policies sold to the Archdiocese.

17. Demand. The Archdiocese has demanded and continues to demand that OIGA indemnify the Archdiocese, as required under the Insurance Policies, against all past, present, and future Underlying Claims.

18. Contractual Obligation. OIGA contests and has failed to fully comply with its contractual obligations owed to the Archdiocese under the Insurance Policies, including its duty to indemnify or reimburse the Archdiocese for liabilities incurred as a result of Underlying Claims.



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

## FIRST CLAIM FOR RELIEF: DECLARATORY JUDGMENT

19. The Archdiocese realleges and reincorporates all previous paragraphs of this complaint as though fully set forth herein.

20. The Archdiocese has incurred, and continues to incur, substantial liabilities and damages which the Archdiocese is legally obligated to pay as a result of Underlying Claims.

21. Pursuant to the terms of the Insurance Policies, OIGA owes the Archdiocese a duty to indemnify the Archdiocese for all sums that the Archdiocese becomes legally obligated (through judgment, settlement, or otherwise) to pay with respect to Underlying Claims, and for such further liabilities as may arise from such judgment or settlement or other resolution of Underlying Claims.

22. Pursuant to the terms of the Insurance Policies, the Archdiocese is entitled to insurance coverage for liabilities and damages that the Archdiocese is legally obligated to pay as a result of Underlying Claims during the policy periods of the Insurance Policies.

23. OIGA has breached its obligations, as set forth in each of the respective Insurance Policies, by contesting or otherwise failing to fully comply with its obligations to pay on behalf of or reimburse the Archdiocese for all sums that the Archdiocese has paid, or may become legally obligated to pay, as a result of Underlying Claims occurring during the respective policy periods.

24. By reason of the foregoing, an actual and justiciable controversy exists between the Archdiocese and OIGA regarding the obligations of OIGA with respect to Underlying Claims. This court has the power to declare and adjudicate the rights and other legal relationships of the parties to the instant action with reference to the issues raised by this complaint.



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

25. By reason of OIGA's conduct and the language of the Insurance Policies, the Archdiocese is entitled to an award of reasonable attorney fees and costs incurred in prosecuting this action pursuant to ORS 742.061.

**SECOND CLAIM FOR RELIEF:
BREACH OF CONTRACT**

26. The Archdiocese realleges and reincorporates all previous paragraphs of this complaint as though fully set forth herein.

27. The Archdiocese has also incurred, and continues to incur, substantial liabilities and damages which the Archdiocese is legally obligated to pay as a result of Underlying Claims.

28. Pursuant to the terms of the Insurance Policies, OIGA owes the Archdiocese a duty to indemnify the Archdiocese for all sums that the Archdiocese becomes legally obligated (through judgment, settlement, or otherwise) to pay with respect to Underlying Claims, and for such further liabilities as may arise from such judgment or settlement or other resolution of Underlying Claims.

29. Pursuant to the terms of the Insurance Policies, the Archdiocese is entitled to insurance coverage for liabilities and damages that the Archdiocese is legally obligated to pay as a result of Underlying Claims during the policy periods of the Insurance Policies.

30. OIGA has breached its obligations, as set forth in the Insurance Policies, by contesting or otherwise failing to fully comply with its obligations to pay on behalf of or reimburse the Archdiocese for all sums that the Archdiocese has paid, or may become legally obligated to pay, as a result of Underlying Claims occurring during the policy periods of the Insurance Policies.

31. As a direct and proximate result of these contractual breaches, the Archdiocese has been, and will be, deprived of its insurance coverage. By depriving the Archdiocese of its insurance coverage, OIGA has directly damaged the Archdiocese, in an



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

amount to be determined at trial, by forcing it to make expenditures that should be borne by OIGA as set forth under the Insurance Policies. The Archdiocese is also entitled to prejudgment interest.

32. By reason of OIGA's conduct and the language of the Insurance Policies, the Archdiocese is entitled to an award of reasonable attorney fees and costs incurred in prosecuting this action pursuant to ORS 742.061.

## PRAYER FOR RELIEF

WHEREFORE, the Archdiocese respectfully requests judgment as follows:

1. First Claim for Relief. With respect to the First Claim for Relief (Declaratory Judgment), the Archdiocese seeks an award declaring OIGA's past, present and future obligations to the Archdiocese under the Insurance Policies with respect to Underlying Claims. The Archdiocese seeks a declaration that the terms of the Insurance Policies obligate OIGA to indemnify and/or reimburse the Archdiocese for all sums the Archdiocese is legally obligated to pay as a result of Underlying Claims. The Archdiocese also seeks an award of its attorney fees and costs.

2. Second Claim for Relief. With respect to the Second Claim for Relief (Breach of Contract), the Archdiocese seeks an award of damages (including prejudgment interest), including all sums the Archdiocese has been legally obligated to pay as a result of Underlying Claims, all in an amount to be determined at trial. The Archdiocese also seeks an award of its attorney fees and costs.





MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

3. Such other and further relief as this court deems just and proper.

DATED this 15 day of September, 2004.

MILLER NASH LLP

Thomas C. Sand, OSB No. 77332
Telephone: (503) 205-2475
tom.sand@millernash.com
Jerry B. Hodson, OSB No. 87256
Telephone: (503) 205-2335
jerry.hodson@millernash.com
Teresa H. Pearson, OSB No. 95375
Telephone (503) 205-2646
teresa.pearson@millernash.com

Attorneys for Debtor and Plaintiff



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

**JURY TRIAL DEMAND**

The Archdiocese hereby demands a jury trial.

MILLER NASH LLP

Jerry B. Hodson, OSB No. 87256
Telephone: (503) 205-2335
jerry.hodson@millernash.com





MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

## OIGA COMPLAINT-EXHIBIT 1

## INSOLVENT INSURERS AND INSURANCE POLICIES

| INSURER | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| MISSION | M70658 | 07/01/70 to 07/01/72 |
| MIDLAND | UL2600 | 07/01/72 to 07/01/75 |
| MIDLAND | UL388232 | 07/01/75 to 07/01/78 |

# OIGA COMPLAINT EXHIBIT 2
## UNDERLYING CLAIMS

| | |
|---|---|
| [Allen Dale Potts v. Fr. Boyle; Fr. Hamilton; Archdiocese, et al.] | 0205-04309 Multnomah |
| [PM v. Archdiocese, et al.] | 0212-12358 Multnomah |
| [MB, RF, CM, BP, BD and MY v. Archdiocese, et al.] | 0210-10399 Multnomah |
| [MM v. Catholic Charities,et al.] | 0206-05476 Multnomah |
| [Sarah Smith v. Louis Charvet; Archdiocese, et al.] | 0208-07778 Multnomah |
| [Jane Doe 102 v. Louis Charvet; Archdiocese, et al.] | 0207-07372 Multnomah |
| [Jane Doe 103 v. Louis Charvet; Archdiocese, et al.] | 0207-07371 Multnomah |
| [David Schmidt and N.M. v. Louis Charvet, Archdiocese, et al.] | 0204-03531 Multnomah |
| [Timothy McKenna v. John Cornelius; Archdiocese of Seattle; Diocese of Boise; Archdiocese of Portland; Mt. Angel Abbey] | 04-2-01739-4Sea King |

# OIGA COMPLAINT EXHIBIT 2
## UNDERLYING CLAIMS

| | |
|---|---|
| [BG v. Archdiocese, et al] | 0306-06691<br>Multnomah |
| [J.L. v. Archdiocese, et al.] | 0207-07139<br>Multnomah |
| [Jane Does aka MF and CM v. Archdiocese, et al.] | 02C20827<br>Marion |
| [B.B. et al. v. Archdiocese, et al.] | 0202-01512<br>Multnomah |
| [W.B. et al. v. Archdiocese, et al.] | 0105-04547<br>Multnomah |
| [JA v. Lawrence M. Halsey; Archdiocese, et al.] | 0205-04638<br>Multnomah |
| [Thomas H. Heidt, Joey Houser, Gary Schoenberger, aka Gary Houser, and John Does, aka JM, PS, AJF, and RJD] | 0207-07404<br>Multnomah |
| [G.B., Steven Smoley, James Clarizio, C.G. v. Archdiocese, et al.] | 0108-08315<br>Multnomah |

# OIGA COMPLAINT EXHIBIT 2
## UNDERLYING CLAIMS

| | |
|---|---|
| [P.H., M.D., Robert Westphal, Thomas Virnig, A.B., Michael Virnig, and G.L. v. Archdiocese, et al.] | 0203-02664 Multnomah |
| [MM v. Archdiocese, et al.] | 0208-08680 Multnomah |
| [D.C. v. Archdiocese, et al.] | 0312-13052 Multnomah |
| [SW & MJD v. Archdiocese, et al.] | 0402-01868 Multnomah |
| [G.G., v. Archdiocese of Portland, et al.] | 0406-06296 Multnomah |
| [LH, TS, SL, JC & GP v. Louis Charvet; Archdiocese, et al.] | 0210-10429 Multnomah |
| [SE & TB v. Archdiocese, et al.] | 0301-00132 Multnomah |
| [Greg Farris v. Father Durand; Archdiocese of Portland, et al.] | 0404-03998 Multnomah |
| [D.S. v. Father Durand; Archdiocese of Portland, et al.] | 0405-05549 Multnomah |

# OIGA COMPLAINT EXHIBIT 2
## UNDERLYING CLAIMS

| | |
|---|---|
| [J.S. v. Father Durand; Archdiocese of Portland, et al.] | 0405-05551 Multnomah |
| [FM v. Sister Theresa Joseph aka Delores Price; Archdiocese, et al.] | 0405-05448 Multnomah |
| [HS v. Father David Lansbury; John Doe; Archdiocese of Portland] | 0402-01549 Multnomah |
| [David Coombs v. Archdiocese, et al.] | 0402-01555 Multnomah |
| [JC v. Archdiocese of Portland, et al.] | 0406-05598 Multnomah |
| [Michael Gerard Archambo v. Defendant Does 1-100, et al.] | BC308414 Los Angeles |
| [KN & GM v. Archdiocese of Portland, State of Oregon, et al.] | 0404-03644 Multnomah |
| [Curtis Grecco, Rodney Kessler, Charles Naylor, Earl New, Douglas DeJong, and John Does aka BV and DS v. Michael Sprauer; Archdiocese of Portland; State of Oregon, et al.] | 03C15076 Marion |

# OIGA COMPLAINT EXHIBIT 2
## UNDERLYING CLAIMS

| | |
|---|---|
| [Randy Sloan, Steven Colvin. Robert David Paul Jr., and Norman L. Klettke, Jr., v. Michael Sprauer; Archdiocese of Portland; State of Oregon] | 0311-12724 Multnomah |
| [JRC v. Archdiocese, et al.] | 0207-06685 Multnomah |
| [Teresa Seeley v. Diocese of Oregon, et al] | 994 PHX PGR District of Arizona |
| Claim by Torsten Thomas | |

B 104
(Rev. 2/92)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER (Court Use Only) 04-3375elp

CLERK, U.S BANKRUPTCY COURT DISTRICT OF OREGON
SEP 15 2004
LODGED ____ REC'D GB
PAID 150 DOCKETED ____

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, DBA THE ARCHDIOCESE OF PORTLAND IN OREGON | OREGON INSURANCE GUARANTY ASSOCIATION |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| Thomas C. Sand, Oregon State Bar No. 77332<br>Jerry B. Hodson, Oregon State Bar No. 87256<br>Teresa H. Pearson, Oregon State Bar No. 95375<br>Miller Nash LLP<br>3400 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, Oregon 97204-3699<br>Telephone: (503) 224-5858<br>Fax: (503) 224-0155 | John L. Langslet, Oregon State Bar No. 72146<br>Martin, Bischoff, Templeton, Langslet & Hoffman LLP<br>888 S.W. Fifth Avenue, Suite 900<br>Portland, Oregon 97204<br>Telephone: (503) 224-3113<br>Fax: (503) 224-9471 |

**PARTY** (Check one box only) ☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Declaratory Judgment, Breach of Contract.

**NATURE OF SUIT**
(Check the one most appropriate box only.)

- ☒ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extend of a Lien or Other Interest in Property.
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. §727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory relating to any of foregoing causes of action
- ☐ 459 To determine a claim of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.) ☒ 1 Original Proceeding ☐ 2 Removed Proceeding ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND | OTHER RELIEF SOUGHT | |
|---|---|---|---|
| | $n/a | Declaratory Judgment, Breach of Contract | ☒ JURY DEMAND |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR | | BANKRUPTCY CASE NO. |
|---|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, DBA THE ARCHDIOCESE OF PORTLAND IN OREGON | | 304-37154-elp11 |
| **DISTRICT IN WHICH CASE IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| Oregon | Portland | Honorable Elizabeth L. Perris |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| Same as Above | Certain Underwriters at Lloyd's London | 04-3326-elp |
| **DISTRICT** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| Oregon | Portland | Honorable Elizabeth L. Perris |

**FILING FEE** (Check one box only.) ☒ FEE ATTACHED ☐ FEE NOT REQUIRED ☐ FEE IS DEFERRED

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| September 15, 2004 | Jerry B. Hodson, OSB No. 87256 | Jerry B. Hodson |